People of State of Illinois on Relation of Standard
Lime and Stone Company, Appellee, v. Village of
McCook, William E. Kroll, President of Board of
Trustees et al., Appellants.

Gen. No. 45,512.

Richard G.
Raysa, and Taylor, Miller, Busch & Magner, for appellants; Richard
G. Raysa, John S. Miller, and James J. Magner, of counsel; Winston,
Strawn, Shaw & Black, for appellee; John C. Slade, and Fred J. Mc-
Manus, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published
in full. Opinion filed March 18, 1952; released for publication May 6,
1952.